# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MANN STREET TRUST,<br>                    Appellant,<br>        vs.<br>BANK OF AMERICA, N.A.,<br>                    Respondent. | No. 75419 |

FILED

DEC 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Linda Marie Bell, Chief Judge
      Stephen E. Haberfeld, Settlement Judge
      Kerry P. Faughnan
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-910171